**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                          **Case No.: 3:20-CR-122-J-39PDB**

**BILLY JOE MINSHALL**
_____

**MOTION TO WITHDRAW AS COUNSEL**
**AND MEMORANDUM OF LAW**

The undersigned counsel, court-appointment counsel for Defendant, BILLY JOE MINSHALL, files a motion for leave to withdraw as counsel of record in this cause and for appointment of new counsel.  The undersigned states the following:

1.      The Office of the Federal Public Defender was appointed to represent the Defendant on September 21, 2020, at the initial appearance.  Mr. Minshall was found indigent and qualified for appointed counsel.

2.      Mr. Minshall has expressed dissatisfaction with the representation of the undersigned counsel by filing a separate habeas corpus petition (3:20-CV-1433)-J-20-JRK). This petition alleges that he has been deprived of effective assistance of counsel in violation of the Sixth Amendment.  This demonstrates an irreconcilable breakdown in the attorney-client relationship between Mr. Minshall and counsel.

3.      AUSA Laura Taylor takes no position on this Motion.

4.      The undersigned has provided notice to Mr. Minshall of the filing of this motion by mailing a copy to him at the Bradford County Jail.

1

## <u>MEMORANDUM OF LAW</u>

Local Rule 2.03 provides that no attorney shall withdraw as counsel without approval of the Court and notice to the defendant. Given Mr. Minshall's statement that the undersigned is providing ineffective assistance of counsel, there has been a breakdown in the relationship and Mr. Minshall should be given new counsel.

WHEREFORE, the undersigned counsel, in light of the ethical prohibitions of the Florida Bar, hereby requests permission to withdraw as counsel and for appointment of independent counsel for Mr. Minshall.

Dated: January 4, 2021.

JAMES T. SKUTHAN
ACTING FEDERAL DEFENDER

s/ Lisa Call

_____
Lisa Call, Assistant Federal Public Defender
Florida Bar No. 0896144
Assistant Federal Public Defender
200 West Forsyth Street, Suite 1240
Jacksonville, FL 32202
Telephone: (904) 232-3039
Fax: (904) 232-1937
Lisa_call@fd.org

2

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a copy of the foregoing has been furnished by electronic notification to Laura Cofer Taylor,  Assistant United States Attorney, 300 N. Hogan St, Suite 700, Jacksonville, Florida 32202, this 4th day of January, 2021.

s/ Lisa Call

_____

Lisa Call
Assistant Federal Defender