United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

**v.**                                                  **NO.  3:20-cr-122-BJD-PDB**

**BILLY JOE MINSHALL**

---

## Clerk's Minutes

| | |
|---|---|
| **Proceeding** | Change-of-Plea |
| **Date** | April 15, 2021 |
| **Time** | 2:04–34 p.m. |
| **Judge** | Patricia Barksdale, United States Magistrate Judge |
| **Courtroom Deputy** | Angela Loeschen, Courtroom Deputy |
| **Counsel for United States** | Laura Taylor, Assistant United States Attorney |
| **Counsel for Defendant** | Jeremy Lasnetski, Esquire |
| **Filed in Open Court** | Notice Regarding Entry of Guilty Plea, Notice of Maximum Penalties |
| **Digital/Reporter** | Digital |

Ms. Loeschen placed Mr. Minshall under oath.

Judge Barksdale asked Mr. Minshall questions to assess competency.

Judge Barksdale asked Messrs. Minshall and Lasnetski questions about Mr. Minshall's waiver of his right to have a district judge hear his plea directly. Judge Barksdale found he voluntarily, knowingly, and intelligently waived that right and accepted for filing a written waiver.

Mr. Minshall entered pleas of guilty to counts one and two of the indictment.

Following a Federal Rule of Criminal Procedure 11 colloquy, Judge Barksdale found that Mr. Minshall was alert and that he knowingly, intelligently, and voluntarily entered his guilty pleas.

Judge Barksdale will issue a report and recommendation. The parties agreed to waive the 14-day period to object to it.

The Honorable Brian Davis will review the report and recommendation and, if adopted, will schedule a sentencing hearing.