FILED IN OPEN COURT
JACKSONVILLE, FLORIDA

4/14/21

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

United States District Court
Middle District of Florida
Jacksonville Division

UNITED STATES OF AMERICA

v.                                                            NO. 3:20-cr-122-BJD-PDB

BILLY JOE MINSHALL

---

## Notice Regarding Entry of Guilty Plea

In the event the defendant decides at any time before trial to enter a plea of guilty, Local Rule 1.02 (a) authorizes the United States Magistrate Judge, with the defendant's consent, to conduct the proceedings required by Fed. R. Crim. P. 11, incident to the making of the plea. If, after conducting the proceedings, the Magistrate Judge recommends that the District Judge accept the guilty plea, a presentence investigation and report will be ordered as required by Fed. R. Crim. P. 32. The District Judge will then act on the Magistrate Judge's recommendation, and, if the District Judge accepts the guilty plea, will adjudicate guilt and schedule a sentencing hearing, at which the District Judge will decide whether to accept or reject any plea agreement and determine and impose sentence.

### Consent

*I declare my intention to enter a guilty plea in this case, and I request and consent to the United States Magistrate Judge conducting the proceedings required by Fed. R. Crim. P. 11, incident to the making of the plea. I understand that if the District Judge accepts my guilty plea, the District Judge will decide whether to accept any plea agreement that I may have with the United States and will adjudicate guilt and determine and impose sentence.*

_____  4-15-21        _____  4/15/21
DEFENDANT                Date           DEFENDANT'S ATTORNEY      Date