United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

v.  NO. 3:20-cr-122-BJD-PDB

**BILLY JOE MINSHALL**

_____

## Report and Recommendation Concerning Guilty Plea

On April 15, 2021, by consent, the defendant appeared before me under Federal Rule of Criminal Procedure 11 and Local Rule 1.02 (a) and pleaded guilty to counts one and two of the indictment. After cautioning him and examining him under oath concerning each Rule 11 matter, I found that his pleas were intelligently, knowingly, and voluntarily made, and that the facts that he admitted establish the elements of the charged offenses. I therefore recommend that the Court accept his pleas and adjudicate him guilty of counts one and two of the indictment. The parties agreed to waive the 14-day period to object to this report and recommendation

**Done** in Jacksonville, Florida, on April 15, 2021.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:  The Honorable Brian Davis, United States District Judge
    Laura Taylor, Assistant United States Attorney
    Jeremy Lasnetski, Esquire
    United States Probation