UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>BILLY JOE MINSHALL | CASE NO. 3:20-cr-122-BJD-PDB |
| Counsel for Government:<br>Laura Taylor | Counsel for Defendant:<br>Jeremy Lasnetski |

**HONORABLE BRIAN J. DAVIS, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Chloe Swinton    Court Reporter: Shelli Kozachenko
U.S. Probation: Joshua Blakely

## CLERK'S MINUTES

**PROCEEDINGS OF: SENTENCING**

Plea previously accepted.

Defendant adjudged guilty on Counts **One and Two of the Indictment**

Defense Witnesses: Jennifer Tolhurst

Imprisonment: **THIRTY (30) MONTHS, this term consists of THIRTY (30) MONTH terms as to each of Counts One and Two of the Indictment, all such terms to run concurrently.**

The Court makes the following recommendations to the Bureau of Prisons:
- Incarceration at a facility located as close as possible to Bradenton, Florida.
- Defendant enroll in a residential substance abuse treatment program pursuant to 18 U.S.C. § 3621(e).

Supervised Release: **TWO (2) YEARS, this term consists of TWO (2) YEAR terms as to each of Counts One and Two of the Indictment, all such terms to run concurrently.**

Special conditions of supervised release:
- Defendant shall participate as directed in substance abuse program (outpatient and/or inpatient).
- Defendant shall submit to a search of his person, residence, place of business, any storage units under his control, or vehicle(s).
- Defendant shall cooperate in the collection of DNA as directed by the probation officer.
- Defendant must refrain from any unlawful use of controlled substances.

Special Assessment:    **$200.00**    to be paid immediately.

Defendant advised of right to appeal and to counsel on appeal.

Defendant is remanded to the custody of the U.S. Marshal.

United States' Unopposed Motion for Entry of Preliminary Order of Forfeiture (Doc. 43) is **GRANTED**.

Date: August 31, 2021    Time: 10:02 a.m. – 11:26 a.m. Total:   1 Hours, 24 Minutes