UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                          CASE NO. 3:20-cr-122-BJD-PDB

BILLY JOE MINSHALL

### PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Unopposed Motion for Entry of a Preliminary Order of Forfeiture, Doc. 49, as to the following:

  a. A-Team Vodka 50ML glass hand grenade bottle wrapped in green tape;

  b. A-Team Vodka 50ML, glass hand grenade bottle;

  c. Bottle cap and fuse;

  d. Bottle cap and fuse; and

  e. Glock GMBH pistol, Cal. 9, Serial Number BGZS272

(disassembled glass hand grenade bottles, bottle caps, fuses, and Glock firearm).

The Court, being fully advised in the premises, finds that the United States has established the requisite nexus between the disassembled glass hand grenade bottles, bottle caps, fuses, and Glock firearm and the offenses charged in Counts One and Two of the Indictment. Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that for good cause shown, the United States' motion, Doc. 49, is **GRANTED**.

It is **FURTHER ORDERED** that, pursuant to the provisions of 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), all right, title and interest of the defendant in the disassembled glass hand grenade bottles, bottle caps, fuses, and Glock firearm is hereby **CONDEMNED** and **FORFEITED** to the United States for disposition according to law.

It is **FURTHER ORDERED** that this order shall become a final order of forfeiture as to the defendant at sentencing.

The Court retains jurisdiction to address any third party claims that may be asserted in these proceedings, and to enter any further orders necessary for forfeiture and disposition of the firearms and ammunition.

**DONE** and **ORDERED** in chambers in Jacksonville, Florida, this 31st day of August, 2021.

_____
BRIAN J. DAVIS
United States District Judge

CC: Counsel of Record